**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

**IN RE:**
***THOMAS E. BOUHAN*,**
      **Debtor.**　　　　　　　　　　　**Case No. 12-21619**

CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the Debtor's Motion for Extension of Time to File Schedules, Statement of Financial Affairs, Plan, and Other Deficient Filings upon the following parties by U.S. Mail, first-class postage pre-paid and affixed thereto:

| |  |
|---|---|
| Nancy J. Whaley<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, Georgia 30303 | |

This 10th day of May, 2012.

                              Law Office of Will B. Geer
                By:   */s/ Will B. Geer*
                              Georgia Bar Number: 940493
                              Attorney for Debtor

1069 Spring St., NW
Suite 200
Atlanta, GA 30309
willgeer@atlbankruptcyhelp.com